## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| ISLAND EYE CENTER, INC. dba ISLAND EYE AND RETINA CENTER,<br><br>                              Plaintiff,<br><br>vs.<br><br>PETER N. LOMBARD, M.D., ADVANCED EYECARE, LLC dba LOMBARD HEALTH, DESIREE NEDEDOG, JOHN and JANE DOES 1 through 20,<br><br>                              Defendants. | Case No. CV0026-17<br><br>**DECISION AND ORDER** |

This matter is before the Honorable Michael J. Bordallo. Island Eye Center, Inc. dba Island Eye and Retina Center ("Plaintiff") is represented by Daniel J. Berman, Esq. of Berman O'Connor & Mann. Peter N. Lombard, M.D., Advanced Eyecare, LLC dba Lombard Health, Desiree Nededog, John and Jane Does 1 through 20 ("Defendants") are represented by attorney Delia Lujan Wolff of Lujan & Wolff, LLP. Defendants filed a Motion for Summary Judgment on Jan. 11, 2019, which decision is pending. However, on Apr. 26, 2019 Plaintiff filed a motion to stay the summary judgment decision ("Apr. 26 Motion") under Rule 56(f) of the Guam Rules of Civil Procedure until a discovery dispute is resolved. Time has not yet expired for responsive pleadings to the Apr. 26 Motion. In order to give the parties the required time to file responsive pleadings and in order for the Court to then properly consider the Apr. 26

Motion, the Court hereby **STAYS** the decision on summary judgment until after it issues a decision on the Apr. 26 Motion.

SO ORDERED, this _21_ day of _May_ 2019.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

**SERVICE VIA COURT BOX**

I acknowledge that a copy of the original hereto was placed in the court box of:

Wolff
Berman

Date: 5/21/19  Time: 11:00am

_____
Deputy Clerk, Superior Court of Guam